**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00463-CV

## IN THE INTEREST OF A.J.C., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19392**

## ORDER

By letter filed August 16, 2017, court reporter Glenda E. Finkley notified the Court no record exists in this appeal. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her brief on the merits no later than October 19, 2017.

/s/     CRAIG STODDART
         JUSTICE